# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| MATTHEW GREGORY BASHORE, II and ANGELA CHRISTINE BASHORE | § § § |
| v. | § Case No. 4:11cv93 |
| | § |
| BANK OF AMERICA, COUNTRYWIDE HOME LOANS, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP, NATIONAL DEFAULT EXCHANGE, LP, LITTON LOAN SERVICING, DYCK-O'NEAL, INC., TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA, EXPERIAN INFORMATION SOLUTIONS, INC., COMPUTER SCIENCES CORPORATION and TRANSUNION CORPORATION | § § § § § § § § § § § § § |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On March 24, 2011, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Plaintiffs' Verified Application for Temporary Restraining Order and Request for Temporary and Permanent Injunctive Relief (Dkt. 2) and Plaintiffs' First Amended Verified Application for Temporary Restraining Order and Request for Temporary and Permanent Injunctive Relief (Dkt. 16) should be DENIED.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions

1

of the court. Therefore, Plaintiffs' Verified Application for Temporary Restraining Order and Request for Temporary and Permanent Injunctive Relief (Dkt. 2) and Plaintiffs' First Amended Verified Application for Temporary Restraining Order and Request for Temporary and Permanent Injunctive Relief (Dkt. 16) are DENIED.

**IT IS SO ORDERED.**

**SIGNED this the 23rd day of June, 2011.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE